35,031-04

Clerk Of Records:
Mr. Abel Acosta
Court Of Criminal Appeals
Supreme Court Building
P.O. Box 12308
Austin, Texas 78711-2308

**This document contains some pages that are of poor quality at the time of imaging.**

MOTION DENIED
DATE: 1/28/15
BY: P.C.

Terri Banks
Dallam County & District Clerk
P.O. Box 1352
Dalhart, Texas 79022

Re: #3539-4 - Nathan Felder vs. The State of Texas

Find for filing one original and one copy of my motion for the lower court opinion and the court of criminal appeals opinion with attached Appendix's A,2,5,7.

By this same letter I have caused a copy of this motion to be forwarded as indicated in the certificate of service.
CC:

Respectfully Submitted,

/s/ Nathan J. Felder
Nathan Felder #1163228
Ellis Unit 1697 FM 980
Huntsville, Texas 77343

Certificate Of Service

I, Nathan Felder certify that I placed one original and one copy of my motion for the lower court opinion with attached Appendix's A,2,5,7,, was placed in the prison mail located on Ellis Unit postage pre-paid addressed to: The Honorable Judge Ronald E. (Ron) R. Enns, 715 Dumas ave. #302, Dumas, Texas 79029; Court of Criminal Appeals Sharon Keller Judge, 201 W. 14th Street, Austin, Texas 78711-2308; Clerk Of Records, Mr. Abel Acosta, Court Of Criminal Appeals Supreme Court Building P.O. Box 12308 Austin, Texas 78711-2308; Terri Banks, Dallam County & District Clerk, P.O. Box 1352, Dalhart, Texas 79022.
Executed on the 21 day of January 2015.

/s/ Nathan Felder

Declaration

I, Nathan Felder being presently incarcerated, declare under the penalty of perjury that I have read the motion and the foregoing motion for the lower court opinion and the court of criminal appeal opinion with attached Appendix's A,2,5,7 are true and correct.
Executed on the 21 day of January, 2015.

/s/ Nathan J. Felder

Abel Acosta, Clerk

JAN 6 2015

COURT OF CRIMINAL APPEALS

In The Court Of Criminal Appeals

Cause No. 3539-4

Nathan Felder                              *    In The 69th District Court
Applicant,                                 *    Of
vs.                                        *    Dallam County, Texas
Terri Banks District Clerk,                *
Ronald E. (Ron) Enns R,                    *
Judge;                                     *
Abel Acosta Clerk                          *
Sharon Keller                              *
Judge.                                     *
Respondent's                               *

MOTION FOR THE LOWER COURT OPINION
AND THE COURT OF CRIMINAL APPEALS OPINION

To The Honorable Judges Of Said Court:

Comes Now Nathan Felder pursuant to Rule 10, Rules of Appellate
Procedure. For cause Applicant will show the following:

I.

Applicant caption both the District Court and the Court of
Criminal Appeals in their official capacity in this one issue to
both courts.

II.

The facts will show, Applicant filed his fourth State writ of
habeas corpus on October 2013. On November 18, 2013 The Honorable
Judge Enns ordered affidavits from counsel's. See Appendix 2. On
January 8, 2014 the Court of Criminal Appeals dismissed without a
written order this subsequent application. See Appendix A.

III.

Applicant main contention is that I never received a copy of the
trial court opinion and order. Nor did I received an opinion from
the Court of Criminal Appeals. Applicant made a request to the
district clerk Terri Banks and Abel Acosta and as of this writing
has not received a response on the trial court opinions.
  The Supreme Court has requested the lower court's
opinion. Applicant has 60 days time limit to have this
information to the court clerk. See Appendix's 5,7.

Relief

Applicant request that a copy be forwarded to the Supreme Court
of The United States, Office of The Clerk Washington,DC
20543-0001, Clerk Scott S. Harris, or a copy of the lower court's
opinion be mailed to Nathan Felder #1163298, Ellis Unit 1697 FM
980, Huntsville, Texas 77343.
Wherefore premises considered, applicant prays for the relief
that he may be entitled.

Respectfully Submitted

/s/ Nathan J Felder
Nathan Felder #1163298
Ellis Unit 1697 FM 980
Huntsville, Texas 77343.

Certificate Of Service

I, Nathan Felder certify that I placed one copy of my motion for the lower court opinion and the court of criminal appeals opinion with attached Appendix's A, 2,5,7, was placed in the prison mail box located on the Ellis Unit postage pre-paid and addressed to: The Honorable Judge Ronald E. (Ron) R. Enns, 715 Dumas Ave. #302, Dumas, Texas 79029; Court of Criminal Appeals, Sharon Keller Judge, 201 W. 14th Street, Austin, Texas 78711-2308.

I Nathan Felder further certify that I requested each clerk to filed one original and one copy of my motion for the lower court opinion and the court of criminal appeals opinion with attached Appendix's A, 2,5,7, was placed in the prison mail box located on he Ellis Unit postage pre-paid and addressed to: Terri Banks, Dallam County & District Clerk, P.O. Box 1352, Delhart, Texas 79022; Clerk Abel Acosta, of The Court of Criminal Appeals of Texas, P.O. Box 12308, Capitol Station, Austin, Texas 78711.

Executed on the _21_ day of January 2015.

/s/ _Nathan J. Felder_

I, Nathan Felder being presently incarcerated, declare under penalty of perjury that I have read this motion and the foregoing motion for the lower court opinion and the court of criminal appeals opinion with attached Appendix's A, 2,5,7 are true and correct.

Executed on the _21_ day of January, 2015.

/s/ _Nathan J. Felder_

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE



$ 00 33°

H17-1-6

Appendix A

Law Office of
# JOE MARR WILSON

Joe Marr Wilson

Becky Wilson

*Board Certified Paralegal - Family Law*
*Texas Board of Legal Specialization*

Wells Fargo Center
905 South Fillmore, Suite 550
Amarillo, Texas 79101
Telephone: (806) 374-7758
Facsimile: (806) 374-0315

November 25, 2013

Ms. Terri Banks
Dallam County District Clerk
P.O. Box 1352
Dalhart, TX 79022

RE:     No. 3539-4; *Ex Parte Nathan Felder; In the 69th District
Court in and for Dallam County, Texas*

Dear Terri:

Pursuant to Judge Enns' order of November 18, 2013, please find enclosed my affidavit to be filed in this cause. Please notify Judge Enns of my compliance with his order.

If you have any questions, please do not hesitate to contact my office.

Respectfully,

Joe Marr Wilson

JMW/
Enclosures

cc:     Mr. Nathan Felder
        Mr. Jerod Pingleton

APPENDIX

# SUPREME COURT OF THE UNITED STATES
## OFFICE OF THE CLERK
## WASHINGTON, DC 20543-0001

September 5, 2014

Nathan Felder
#1163298
1697 FM 980
Huntsville, TX 77343

RE: Felder v. Texas

Dear Mr. Felder:

The above-entitled petition for writ of certiorari was postmarked August 11, 2014 and received August 19, 2014. The papers are returned for the following reason(s):

The appendix to the petition does not contain the following documents required by Rule 14.1(i):

The lower court opinion(s) must be appended.

It is impossible to determine the timeliness of the petition without the lower court opinions.

Please correct and resubmit as soon as possible. Unless the petition is submitted to this Office in corrected form within 60 days of the date of this letter, the petition will not be filed. Rule 14.5.

A copy of the corrected petition must be served on opposing counsel.

When making the required corrections to a petition, no change to the substance of the petition may be made.

Sincerely,
Scott S. Harris, Clerk

By:

Clayton R. Higgins, Jr.
(202) 479-3019

Enclosures

The clerk of the supreme court request this information under rule 14.5 for correction within the petition in rule 14.1(i). Which means the trial court opinion. The trial court in your case did not make findings of facts and conclusion of law and the court of criminal appeals denied under 11.07 section 4. The attorney general and the appointed attorney was ordered to respond.

A motion for successive habeas corpus was filed.

The fifth court of appeals responded denied.

The supreme court has been ask to resolve whether ineffective assistance of counsel can constitute cause for a procedural bar.

If the supreme court require us to respond, the issue will be whether the fifth circuit reviewed the ineffective assistance of counsel claims in light of Trevino and Martinez.

There is not bright line the supreme court will enforce these new ruling. I am in hopes that they will remand it to the fifth circuit with instruction to review the motion for a successive petition in light of the new ruling.

If, you notice their is two complete copies. You only need to make six (6) copies, and the appendix A, B, C, D.

# SUPREME COURT OF THE UNITED STATES
## OFFICE OF THE CLERK
### WASHINGTON, DC 20543-0001

December 2, 2014

Nathan Felder
#1163298
1697 FM 980
Huntsville, TX 77343

RE: Felder v. Texas

Dear Mr. Felder:

The above-entitled petition for writ of certiorari was originally postmarked August 11, 2014 and received again on October 23, 2014. The papers are returned for the following reason(s):

The appendix to the petition does not contain the following documents required by Rule 14.1(i):

The lower court opinion(s) must be appended from the Texas Court of Criminal Appeals and the Texas Court of Appeals.

Please correct and resubmit as soon as possible. Unless the petition is submitted to this Office in corrected form within 60 days of the date of this letter, the petition will not be filed. Rule 14.5.

A copy of the corrected petition must be served on opposing counsel.

When making the required corrections to a petition, no change to the substance of the petition may be made.

Sincerely,
Scott S. Harris, Clerk

By:

Clayton R. Higgins, Jr.
(202) 479-3019

Enclosures:

In The Court Of Criminal Appeals

Cause No. 3539-4

Nathan Felder       *   In The 69th District Court
Applicant,       *   Of
vs.       *   Dallas County, Texas
Terri Banks District Clerk,       *
Ronald E. (Ron) Enns R,       *
Judge;       *
Abel Acosta Clerk       *
Sharon Keller       *
Judge.       *
Respondent's       *

## MOTION FOR THE LOWER COURT OPINION
## AND THE COURT OF CRIMINAL APPEALS OPINION

To The Honorable Judges Of Said Court:

Comes Now Nathan Felder pursuant to Rule 10, Rules of Appellate Procedure. For cause Applicant will show the following:

I.

Applicant caption both the District Court and the Court of Criminal Appeals in their official capacity in this one issue to both courts.

II.

The facts will show, Applicant filed his fourth State writ of habeas corpus on October 2013. On November 18, 2013 The Honorable Judge Enns ordered affidavits from counsel's. See Appendix 2. On January 8, 2014 the Court of Criminal Appeals dismissed without a written order this subsequent application. See Appendix A.

III.

Applicant main contention is that I never received a copy of the trial court opinion and order. Nor did I received an opinion from the Court of Criminal Appeals. Applicant made a request to the district clerk Terri Banks and Abel Acosta and as of this writing has not received a response on the trial court opinions.
The Supreme Court has requested the lower court's opinion. Applicant has 60 days time limit to have this information to the court clerk. See Appendix's 5,7.

Relief

Applicant request that a copy be forwarded to the Supreme Court of The United States, Office of The Clerk Washington, DC 20543-0001, Clerk Scott S. Harris, or a copy of the lower court's opinion be mailed to Nathan Felder #1163298, Ellis Unit 1697 FM 980, Huntsville, Texas 77343.
Wherefore premises considered, applicant prays for the relief that he may be entitled.

Respectfully Submitted

/s/ _Nathan J. Felder_
Nathan Felder #1163298
Ellis Unit 1697 FM 980
Huntsville, Texas 77343.

Certificate Of Service

I, Nathan Felder certify that I placed one copy of my motion for the lower court opinion and the court of criminal appeals opinion with attached Appendix's A, 2,5,7, was placed in the prison mail box located on the Ellis Unit postage pre-paid and addressed to: The Honorable Judge Ronald E. (Ron) R. Enns, 715 Dumas Ave. #302, Dumas, Texas 79029; Court of Criminal Appeals, Sharon Keller Judge, 201 W. 14th Street, Austin, Texas 78711-2308.

I Nathan Felder further certify that I requested each clerk to filed one original and one copy of my motion for the lower court opinion and the court of criminal appeals opinion with attached Appendix's A, 2,5,7, was placed in the prison mail box located on he Ellis Unit postage pre-paid and addressed to: Terri Banks, Dallam County & District Clerk, P.O. Box 1352, Dalhart, Texas 79022; Clerk Abel Acosta, of The Court of Criminal Appeals of Texas, P.O. Box 12308, Capitol Station, Austin, Texas 78711.

Executed on the __21__ day of January 2015.

/s/ _Nathan J. Felter_

I, Nathan Felder being presently incarcerated, declare under penalty of perjury that I have read this motion and the foregoing motion for the lower court opinion and the court of criminal appeals opinion with attached Appendix's A, 2,5,7 are true and correct.

Executed on the __21__ day of January, 2015.

/s/ _Nathan J. Felder_

Cause No. 3539-4

| | | |
|---|---|---|
| Nathan Felder | * | In The 69th District Court |
| Applicant, | * | Of |
| vs. | * | Dallam County, Texas |
| Terri Banks District Clerk, | * | |
| Ronald E. (Ron) Enns R, | * | |
| Judge; | * | |
| Abel Acosta Clerk | * | |
| Sharon Keller | * | |
| Judge. | * | |
| Respondent's | * | |

MOTION FOR THE LOWER COURT OPINION
AND THE COURT OF CRIMINAL APPEALS OPINION

To The Honorable Judges Of Said Court:

Comes Now Nathan Felder pursuant to Rule 10, Rules of Appellate Procedure. For cause Applicant will show the following:

I.

Applicant caption both the District Court and the Court of Criminal Appeals in their official capacity in this one issue to both courts.

II.

The facts will show, Applicant filed his fourth State writ of habeas corpus on October 2013. On November 18, 2013 The Honorable Judge Enns ordered affidavits from counsel's. See Appendix 2. On January 8, 2014 the Court of Criminal Appeals dismissed without a written order this subsequent application. See Appendix A.

III.

Applicant main contention is that I never received a copy of the trial court opinion and order. Nor did I received an opinion from the Court of Criminal Appeals. Applicant made a request to the district clerk Terri Banks and Abel Acosta and as of this writing has not received a response on the trial court opinions.
  The Supreme Court has requested the lower court's opinion. Applicant has 60 days time limit to have this information to the court clerk. See Appendix's 5,7.

Relief

Applicant request that a copy be forwarded to the Supreme Court of The United States, Office of The Clerk Washington, DC 20543-0001, Clerk Scott S. Harris, or a copy of the lower court's opinion be mailed to Nathan Felder #1163298, Ellis Unit 1697 FM 980, Huntsville, Texas 77343.
Wherefore premises considered, applicant prays for the relief that he may be entitled.

Respectfully Submitted

/s/ Nathan J. Felder
Nathan Felder #1163298
Ellis Unit 1697 FM 980
Huntsville, Texas 77343.

Certificate Of Service

Abel Acosta, Clerk

JAN 26 2015

COURT OF CRIMINAL APPEALS
RECEIVED IN

2

I, Nathan Felder certify that I placed one copy of my motion for the lower court opinion and the court of criminal appeals opinion with attached Appendix's A, 2,5,7, was placed in the prison mail box located on the Ellis Unit postage pre-paid and addressed to: The Honorable Judge Ronald E. (Ron) R. Enns, 715 Dumas Ave. #302, Dumas, Texas 79029; Court of Criminal Appeals, Sharon Keller Judge, 201 W. 14th Street, Austin, Texas 78711-2308.
I Nathan Felder further certify that I requested each clerk to filed one original and one copy of my motion for the lower court opinion and the court of criminal appeals opinion with attached Appendix's A, 2,5,7, was placed in the prison mail box located on he Ellis Unit postage pre-paid and addressed to: Terri Banks, Dallam County & District Clerk, P.O. Box 1352, Dalhart, Texas 79022; Clerk Abel Acosta, of The Court of Criminal Appeals of Texas, P.O. Box 12308, Capitol Station, Austin, Texas 78711.
Executed on the 21 day of January 2015.

/s/ Nathan F. Felder


I, Nathan Felder being presently incarcerated, declare under penalty of perjury that I have read this motion and the foregoing motion for the lower court opinion and the court of criminal appeals opinion with attached Appendix's A, 2,5,7 are true and correct.
Executed on the 21 day of January, 2015.

/s/ Nathan F. Felder

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE



$$H17\text{-}1\text{-}6$$

Appendix A

Law Office of
# JOE MARR WILSON

Joe Marr Wilson

Becky Wilson

Board Certified Paralegal - Family Law
Texas Board of Legal Specialization

Wells Fargo Center
905 South Fillmore, Suite 550
Amarillo, Texas 79101
Telephone: (806) 374-7758
Facsimile: (806) 374-0315

November 25, 2013

Ms. Terri Banks
Dallam County District Clerk
P.O. Box 1352
Dalhart, TX 79022

RE:    No. 3539-4; Ex Parte Nathan Felder; In the 69th District
       Court in and for Dallam County, Texas

Dear Terri:

    Pursuant to Judge Enns' order of November 18, 2013, please find enclosed my affidavit to be filed in this cause. Please notify Judge Enns of my compliance with his order.

    If you have any questions, please do not hesitate to contact my office.

Respectfully,

Joe Marr Wilson

JMW/
Enclosures

cc:    Mr. Nathan Felder
       Mr. Jerod Pingleton

APPENDIX

**SUPREME COURT OF THE UNITED STATES**
**OFFICE OF THE CLERK**
**WASHINGTON, DC 20543-0001**

September 5, 2014

Nathan Felder
#1163298
1697 FM 980
Huntsville, TX 77343

RE: Felder v. Texas

Dear Mr. Felder:

The above-entitled petition for writ of certiorari was postmarked August 11, 2014 and received August 19, 2014. The papers are returned for the following reason(s):

The appendix to the petition does not contain the following documents required by Rule 14.1(i):

The lower court opinion(s) must be appended.

It is impossible to determine the timeliness of the petition without the lower court opinions.

Please correct and resubmit as soon as possible. Unless the petition is submitted to this Office in corrected form within 60 days of the date of this letter, the petition will not be filed. Rule 14.5.

A copy of the corrected petition must be served on opposing counsel.

When making the required corrections to a petition, no change to the substance of the petition may be made.

Sincerely,
Scott S. Harris, Clerk
By:

Clayton R. Higgins, Jr.
(202) 479-3019

Enclosures

# SUPREME COURT OF THE UNITED STATES
## OFFICE OF THE CLERK
## WASHINGTON, DC 20543-0001

December 2, 2014

Nathan Felder
#1163298
1697 FM 980
Huntsville, TX 77343

RE: Felder v. Texas

Dear Mr. Felder:

The above-entitled petition for writ of certiorari was originally postmarked August 11, 2014 and received again on October 23, 2014. The papers are returned for the following reason(s):

The appendix to the petition does not contain the following documents required by Rule 14.1(i):

The lower court opinion(s) must be appended from the Texas Court of Criminal Appeals and the Texas Court of Appeals.

Please correct and resubmit as soon as possible. Unless the petition is submitted to this Office in corrected form within 60 days of the date of this letter, the petition will not be filed. Rule 14.5.

A copy of the corrected petition must be served on opposing counsel.

When making the required corrections to a petition, no change to the substance of the petition may be made.

Sincerely,
Scott S. Harris, Clerk
By:
Clayton R. Higgins, Jr.
(202) 479-3019

Enclosures

In The Court Of Criminal Appeals

Cause No. 3539-4

Nathan Felder                        *  In The 69th District Court
Applicant,                           *  Of
vs.                                  *  Dallam County, Texas
Terri Banks District Clerk,          *
Ronald E. (Ron) Enns R,              *
Judge;                               *
Abel Acosta Clerk                    *
Sharon Keller                        *
Judge.                               *
Respondent's                         *

## MOTION FOR THE LOWER COURT OPINION
## AND THE COURT OF CRIMINAL APPEALS OPINION

To The Honorable Judges Of Said Court:

Comes Now Nathan Felder pursuant to Rule 10, Rules of Appellate
Procedure. For cause Applicant will show the following:

I.

Applicant caption both the District Court and the Court of
Criminal Appeals in their official capacity in this one issue to
both courts.

II.

The facts will show, Applicant filed his fourth State writ of
habeas corpus on October 2013. On November 18, 2013 The Honorable
Judge Enns ordered affidavits from counsel's. See Appendix 2. On
January 8, 2014 the Court of Criminal Appeals dismissed without a
written order this subsequent application. See Appendix A.

III.

Applicant main contention is that I never received a copy of the
trial court opinion and order. Nor did I received an opinion from
the Court of Criminal Appeals. Applicant made a request to the
district clerk Terri Banks and Abel Acosta and as of this writing
has not received a response on the trial court opinions.
  The Supreme Court has requested the lower court's
opinion. Applicant has 60 days time limit to have this
information to the court clerk. See Appendix's 5,7.

Relief

Applicant request that a copy be forwarded to the Supreme Court
of The United States, Office of The Clerk Washington,DC
20543-0001, Clerk Scott S. Harris, or a copy of the lower court's
opinion be mailed to Nathan Felder #1163298, Ellis Unit 1697 FM
980, Huntsville, Texas 77343.
Wherefore premises considered, applicant prays for the relief
that he may be entitled.

Respectfully Submitted

/s/ Nathan J. Felder #1163298
Nathan Felder #1163298
Ellis Unit 1697 FM 980
Huntsville, Texas 77343.

Certificate Of Service

I, Nathan Felder certify that I placed one copy of my motion for the lower court opinion and the court of criminal appeals opinion with attached Appendix's A, 2,5,7, was placed in the prison mail box located on the Ellis Unit postage pre-paid and addressed to: The Honorable Judge Ronald E. (Ron) R. Enns, 715 Dumas Ave. #302, Dumas, Texas 79029; Court of Criminal Appeals, Sharon Keller Judge, 201 W. 14th Street, Austin, Texas 78711-2308.

I Nathan Felder further certify that I requested each clerk to filed one original and one copy of my motion for the lower court opinion and the court of criminal appeals opinion with attached Appendix's A, 2,5,7, was placed in the prison mail box located on he Ellis Unit postage pre-paid and addressed to: Terri Banks, Dallam County & District Clerk, P.O. Box 1352, Dalhart, Texas 79022; Clerk Abel Acosta, of The Court of Criminal Appeals of Texas, P.O. Box 12308, Capitol Station, Austin, Texas 78711.

Executed on the __21__ day of January 2015.

/s/ __Nathan Felder__

I, Nathan Felder being presently incarcerated, declare under penalty of perjury that I have read this motion and the foregoing motion for the lower court opinion and the court of criminal appeals opinion with attached Appendix's A, 2,5,7 are true and correct.

Executed on the __21__ day of January, 2015.

/s/ __Nathan F Felder__

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE



$ 00.33⁰

02 1R
0006557458 JAN 08 2014
MAILED FROM ZIP CODE 7870

Appendix A

Law Office of
# JOE MARR WILSON

Joe Marr Wilson

Becky Wilson

*Board Certified Paralegal - Family Law*
*Texas Board of Legal Specialization*

Wells Fargo Center,
905 South Fillmore, Suite 550
Amarillo, Texas 79101
Telephone: (806) 374-7758
Facsimile: (806) 374-0315

November 25, 2013

Ms. Terri Banks
Dallam County District Clerk
P.O. Box 1352
Dalhart, TX 79022

> RE: No. 3539-4; *Ex Parte Nathan Felder; In the 69th District Court in and for Dallam County, Texas*

Dear Terri:

Pursuant to Judge Enns' order of November 18, 2013, please find enclosed my affidavit to be filed in this cause. Please notify Judge Enns of my compliance with his order.

If you have any questions, please do not hesitate to contact my office.

Respectfully,

Joe Marr Wilson

JMW/
Enclosures

cc:     Mr. Nathan Felder
        Mr. Jerod Pingleton

APPENDIX


COPY



# SUPREME COURT OF THE UNITED STATES
## OFFICE OF THE CLERK
## WASHINGTON, DC 20543-0001

September 5, 2014

Nathan Felder
#1163298
1697 FM 980
Huntsville, TX 77343

RE: Felder v. Texas

Dear Mr. Felder:

The above-entitled petition for writ of certiorari was postmarked August 11, 2014 and received August 19, 2014. The papers are returned for the following reason(s):

The appendix to the petition does not contain the following documents required by Rule 14.1(i):

The lower court opinion(s) must be appended.

It is impossible to determine the timeliness of the petition without the lower court opinions.

Please correct and resubmit as soon as possible. Unless the petition is submitted to this Office in corrected form within 60 days of the date of this letter, the petition will not be filed. Rule 14.5.

A copy of the corrected petition must be served on opposing counsel.

When making the required corrections to a petition, no change to the substance of the petition may be made.

Sincerely,
Scott S. Harris, Clerk
By:

Clayton R. Higgins, Jr.
(202) 479-3019

Enclosures

# SUPREME COURT OF THE UNITED STATES
## OFFICE OF THE CLERK
### WASHINGTON, DC 20543-0001

December 2, 2014

Nathan Felder
#1163298
1697 FM 980
Huntsville, TX 77343

RE: Felder v. Texas

Dear Mr. Felder:

The above-entitled petition for writ of certiorari was originally postmarked August 11, 2014 and received again on October 23, 2014. The papers are returned for the following reason(s):

The appendix to the petition does not contain the following documents required by Rule 14.1(i):

The lower court opinion(s) must be appended from the Texas Court of Criminal Appeals and the Texas Court of Appeals.

Please correct and resubmit as soon as possible. Unless the petition is submitted to this Office in corrected form within 60 days of the date of this letter, the petition will not be filed. Rule 14.5.

A copy of the corrected petition must be served on opposing counsel.

When making the required corrections to a petition, no change to the substance of the petition may be made.

Sincerely,
Scott S. Harris, Clerk
By:

Clayton R. Higgins, Jr.
(202) 479-3019

Enclosures